0759661062 Internal Revenue Service
Cinciannati Service Center
Cinciannati, OH 45999-0025


Ally/GMAC
PO Box 38091
Bloomington, MN 55438


Associated Dental Care
183 S. Bloomingdale Road, Ste. 202
Bloomingdale, IL 60108


Aurora Loan Serv. c/o: Dutton & Dutton
10325 W. Lincoln Highway
Frankfurt, IL 60423


Bank of America
PO Box 5170
Sim Valley, CA 93062-5170


Bank of America
PO Box 5170
Simi Valley, CA 93062-5170


Central Dupage Hospital
c/o: Healthcare Recovery Solutions
PO Box 51315
Los Angeles, CA 90051-1165


Chase Bank
c/o: Sarah A. Faulkner, Chase Bank USA N
131 Dearborn Street, 5th Floor
Chicago, IL 60603


City of Chicago Department of Revenue
PO Box 88292
Chicago, IL 60680-1292

City of Elgin
150 Dexter Court
Elgin, IL 60120

Com Ed
PO Box 6111
Carol Stream, IL 60197-6111

Comcast Cable
c/o: Credit Collection Services
Two Wells Avenue
Newton, MA 02459

Department of Public Works
7900 S. Route 53
Woodridge, IL 60517

Discover Bank c/o: Baker & Miller P.C.
29 N. Waker Drive, Suite 500
Chicago,
IL 60606

Dish Network
c/o: Enhanced Recovery
8014 Bayberry Road
Jacksonville, FL 32256-7412

Don Kirchenberg
247 Lincoln Avenue
Glendale Heights, IL 60139

EMC Mortgage Corp./Chase Pierce & Assoc.
1 North Dearborn Street, Suite 1300
Chicago, IL 60602

Harris Bank
3800 Golf Road, Suite 300
Rolling Meadows, IL 60008

Horizon Properties
175 Braeburn Court
Glen Ellyn, IL 60137


Luciano Martinez/Martinez Carpet Service
1115 Kinmonth Drive
Joliet, IL 60433


M & M Orthopaedics Ltd.
c/o:  Forest Recovery
PO Box 83
Barrington, IL 60010


Midwest Family Medicine, Inc.
170 S. Bloomingdale Road, Ste. 200
Bloomingdale, IL 60108


Moore's Lawn Maintenance
c/o: American Profit Recovery
34405 W. 12 Mile Road, Suite 379
Farmington, MI 48331-5608


Nicor Gas
c/o: NCO Financial Systems
PO Box 4935
Trenton, NJ 08650-4935


Quest Diagnostics
c/o: Credit Collection Services
PO Box 55126
Boston, MA 02205-5126


Residential Plumbing
24W947 Ramm Drive
Naperville, IL 60564


TCF Bank
101 E. 5th Street, Suite 101
St. Paul, MN 55101

TCF Bank
101 E. 5th Street #101
St. Paul, MN 55101

Village of Glen Ellyn
535 Duane Street
Glen Ellyn

Wells Fargo
PO Box 5943
Sioux Falls, SD 57117-5943

Wheaton Pediatrics
55 E. Loop Road, Suite 301
Wheaton, IL 60189-1938

Winfield Radiology Consultants
6910 S. Madison Street
Willowbrook, IL 60527-55041

B6A (Official Form 6A) (12/07)

In re:  **Roderic A. Rivera    Kimberly J. Rivera**                              Case No. _____
_____                                                    (If known)
**Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1304 Winona, Aurora, IL 60506** | **Fee Owner** | **J** | **$ 110,000.00** | **$ 110,000.00** |
| **175 Braeburn Court, Glen Ellyn, IL 60137** | **Fee Owner** | **J** | **$ 670,000.00** | **$ 670,000.00** |
| **231 Murray Drive, Wooddale, IL** | **Fee Owner** | **J** | **$ 181,000.00** | **$ 181,000.00** |
| **247 Lincoln, Glendale Heights, IL 60139** | **Fee Owner** | **J** | **$ 100,000.00** | **$ 100,000.00** |
| **352 Mark Avenue, Glendale Heights, IL 60139** | **Fee Owner** | **J** | **$ 125,000.00** | **$ 125,000.00** |

Total  ➢  $1,186,000.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Roderic A. Rivera   Kimberly J. Rivera**_____,   Case No. _____
                                    **Debtors**                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Banking Account: 131 S. Dearborn Street, Chicago, IL 60603** | J | **49.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **0.00** | J | **0.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Table(25.00); Dining Table(200.00); 2 Chairs(100.00); 2 TV's(50.00); 4 Lamps(40.00); 2 Couches (115.00); 1 TV(150.00); Tools (100.00); 2 Ladders (20.00); Dishes(15.00); 4 Beds(250.00);3 Dressers (150.00); 3 Nightstands(60.00); 1 Shelf(25.00)** | J | **1,300.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Lumber(200.00); Outdoor Furniture/Grill(100.00)** | J | **350.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Pictures(120.00); Mirror(30.00);Plants(20.00); Books(100.00)** | J | **270.00** |
| 6. Wearing apparel. | | **Clothes(300.00); Kid Clothes(100.00)** | J | **400.00** |
| 7. Furs and jewelry. | | **Jewelery** | J | **1,700.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports Equipment(75.00); Weight Set(75.00);Treadmill(75.00)** | J | **225.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Country Life Insurance (1,590.00 CSV)** | H | **1,590.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Country Life Insurance (450.00 CSV)** | H | **450.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Country Life Insurance(1,800.00 CSV)** | W | **1,800.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Union Security/Life Insurance (1,530.00 CSV)** | J | **1,530.00** |
| 10. Annuities. Itemize and name each issuer. | | **0.00** | J | **0.00** |
| | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Roderic A. Rivera   Kimberly J. Rivera**_____,   Case No. _____
                                                          **Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | 0.00 | J | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 0.00 | J | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100 % Stock in Horizon Properties of Illinois, Inc.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | | 0.00 | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | 0.00 | J | 0.00 |
| 16. Accounts receivable. | | 0.00 | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | 0.00 | J | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | 0.00 | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | 0.00 | J | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | 0.00 | J | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | 0.00 | J | 0.00 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | 0.00 | J | 0.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | 0.00 | J | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | 0.00 | J | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Cadillac STS (8,600.00)** | J | 8,600.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Explorer** | J | 4,900.00 |
| 26. Boats, motors, and accessories. | | 0.00 | J | 0.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Roderic A. Rivera    Kimberly J. Rivera**                                    ,          Case No. _____
                                    **Debtors**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | | **0.00** | **J** | **0.00** |
| 28. Office equipment, furnishings, and supplies. | | **2 Desks(150.00); 2 Computers(200); 2 File Cabinets(20.00)** | **J** | **370.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **0.00** | **J** | **0.00** |
| 30. Inventory. | | **0.00** | **J** | **0.00** |
| 31. Animals. | | **0.00** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | | **0.00** | **J** | **0.00** |
| 33. Farming equipment and implements. | | **0.00** | **J** | **0.00** |
| 34. Farm supplies, chemicals, and feed. | | **0.00** | **J** | **0.00** |
| 35. Other personal property of any kind not already listed. Itemize. | | **0.00** | **J** | **0.00** |

__2__   continuation sheets attached                    Total  ➢   **$  23,534.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Roderic A. Rivera   Kimberly J. Rivera** _____ ,   **Case No.** _____
                                    Debtors                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 175 Braeburn Court, Glen Ellyn, IL 60137 | 735 ILCS 5/12-901 | 30,000.00 | 670,000.00 |
| 2 Desks(150.00); 2 Computers(200); 2 File Cabinets(20.00) | 735 ILCS 5/12-1001(d) | 370.00 | 370.00 |
| 2005 Cadillac STS (8,600.00) | 735 ILCS 5/12-1001(b) | 1,021.00 | 8,600.00 |
| 2006 Ford Explorer | 735 ILCS 5/12-1001(c) | 4,800.00 | 4,900.00 |
| Chase Banking Account: 131 S. Dearborn Street, Chicago, IL 60603 | 735 ILCS 5/12-1001(b) | 49.00 | 49.00 |
| Clothes(300.00); Kid Clothes(100.00) | 735 ILCS 5/12-1001(a),(e) | 400.00 | 400.00 |
| Country Life Insurance (1,590.00 CSV) | 735 ILCS 5/12-1001(b) | 1,590.00 | 1,590.00 |
| Country Life Insurance (450.00 CSV) | 735 ILCS 5/12-1001(b) | 450.00 | 450.00 |
| Country Life Insurance(1,800.00 CSV) | 735 ILCS 5/12-1001(b) | 1,800.00 | 1,800.00 |
| Jewelery | 735 ILCS 5/12-1001(b) | 1,622.00 | 1,700.00 |
| Union Security/Life Insurance (1,530.00 CSV) | 735 ILCS 5/12-1001(b) | 1,530.00 | 1,530.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  Roderic A. Rivera   Kimberly J. Rivera_____ ,   Case No. _____
                              **Debtors**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  024910876183<br>Ally/GMAC<br>PO Box 38091<br>Bloomington, MN 55438 | | J | 01/01/2008<br>Security Agreement<br>2005 Cadillac STS (8,600.00)<br><br>VALUE $8,600.00 | | | | 7,579.00 | 1,021.00 |
| ACCOUNT NO.  0124333428<br>Aurora Loan Serv. c/o: Dutton & Dutton<br>10325 W. Lincoln Highway<br>Frankfurt, IL 60423 | | J | 03/30/2007<br>Mortgage<br>1304 Winona, Aurora, IL 60506<br><br>VALUE $110,000.00 | | | | 169,077.00 | 0.00 |
| ACCOUNT NO.  149090612<br>Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | J | 01/31/2007<br>Mortgage<br>352 Mark Avenue, Glendale Heights, IL 60139<br><br>VALUE $125,000.00 | | | | 158,948.00 | 0.00 |
| ACCOUNT NO.  127510714<br>Bank of America<br>PO Box 5170<br>Sim Valley, CA 93062-5170 | | J | 01/01/2003<br>Mortgage<br>175 Braeburn Court, Glen Ellyn, IL 60137<br><br>VALUE $670,000.00 | | | | 512,354.00 | 157.646.00 |

1   continuation sheets
    attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $  847,958.00 | $  1,021.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re   Roderic A. Rivera   Kimberly J. Rivera                    .        Case No. _____

_____
**Debtors**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0022191175<br>EMC Mortgage Corp./Chase Pierce & Assoc.<br>1 North Dearborn Street, Suite 1300<br>Chicago, IL 60602 | | J | 08/01/2007<br>Mortgage<br>247 Lincoln, Glendale Heights, IL 60139<br><br>VALUE $100,000.00 | | | | 153,600.00 | 0.00 |
| ACCOUNT NO.  6100215621<br>Harris Bank<br>3800 Golf Road, Suite 300<br>Rolling Meadows, IL 60008 | | J | 03/01/2003<br>Mortgage<br>175 Braeburn Court, Glen Ellyn, IL 60137<br><br>VALUE $670,000.00 | | | | 174,721.00 | 495,279.00 |
| ACCOUNT NO.  920980005637-8001<br>TCF Bank<br>101 E. 5th Street, Suite 101<br>St. Paul, MN 55101 | | J | 02/01/2010<br>Mortgage<br>231 Murray Drive, Wooddale, IL<br><br>VALUE $181,000.00 | | | | 203,932.00 | 0.00 |
| ACCOUNT NO.  920750008417-8001<br>TCF Bank<br>101 E. 5th Street, Suite 101<br>St. Paul, MN 55101 | | J | 11/01/2007<br>Mortgage<br>1304 Winona, Aurora, IL 60506<br><br>VALUE $110,000.00 | | | | 27,754.00 | 82,246.00 |

Sheet no. 1 of 1 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  560,007.00 | $  577,525.00 |
| $  1,407,965.00 | $  578,546.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Roderic A. Rivera    Kimberly J. Rivera**                                    Case No. _____
                                        Debtors                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Roderic A. Rivera    Kimberly J. Rivera**      Case No.   _____
<br>       Debtors                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0759661062**<br>**0759661062 Internal Revenue Service Cinciannati Service Center Cinciannati, OH 45999-0025** | | J | **12/31/2009**<br>**7,509.65** | | | | **7,509.65** | **7,509.65** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   $ **7,509.65**   $ **7,509.65**   $ **0.00**

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **7,509.65**

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $ **7,509.65**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **Roderic A. Rivera   Kimberly J. Rivera**                    Case No. _____
                                    Debtors                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Rod Rivera**<br><br>**Associated Dental Care**<br>**183 S. Bloomingdale Road, Ste. 202**<br>**Bloomingdale, IL 60108** | | H | **08/01/2005**<br><br>**Dental Services** | | | | 2,033.04 |
| ACCOUNT NO.  **2052855-6885578001**<br><br>**Central Dupage Hospital**<br>**c/o: Healthcare Recovery Solutions**<br>**PO Box 51315**<br>**Los Angeles, CA 90051-1165** | | J | **03/01/2010**<br><br>**Medical Services** | | | | 567.57 |
| ACCOUNT NO.  **4305878110016485**<br><br>**Chase Bank**<br>**c/o: Sarah A. Faulkner, Chase Bank USA N**<br>**131 Dearborn Street, 5th Floor**<br>**Chicago, IL 60603** | | J | **Revolving Credit Card** | | | | 45,825.74 |
| ACCOUNT NO.  **5138978930**<br><br>**City of Chicago Department of Revenue**<br>**PO Box 88292**<br>**Chicago, IL 60680-1292** | | J | **05/01/2011**<br><br>**Traffic Tickets** | | | | 100.00 |
| ACCOUNT NO.  **P0932-001176**<br><br>**City of Elgin**<br>**150 Dexter Court**<br>**Elgin, IL 60120** | | J | **03/25/2011**<br><br>**Traffic Ticket** | | | | 100.00 |

    4   Continuation sheets attached

                                                                                        Subtotal  ➤  $        **48,626.35**

                                                                                        Total  ➤  $
                                                            **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                                            **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roderic A. Rivera   Kimberly J. Rivera**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1342144004**<br><br>**Com Ed**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | | J | 07/20/2011 | | | | 435.00 |
| ACCOUNT NO.   **8771 20 057 0011698**<br><br>**Comcast Cable**<br>**c/o: Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | J | 01/01/2011<br><br>Cable Television | | | | 115.92 |
| ACCOUNT NO.   **19908968-01**<br><br>**Department of Public Works**<br>**7900 S. Route 53**<br>**Woodridge, IL 60517** | | J | 12/01/2010<br><br>Utility | | | | 397.79 |
| ACCOUNT NO.   **601107673524533**<br><br>**Discover Bank c/o: Baker & Miller P.C.**<br>**29 N. Waker Drive, Suite 500**<br>**Chicago,**<br>**IL 60606** | | J | 12/01/2009<br><br>Revolving Credit Card | | | | 14,836.25 |
| ACCOUNT NO.   **8255909642033770**<br><br>**Dish Network**<br>**c/o: Enhanced Recovery**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | J | 12/01/2010<br><br>Cable Television | | | | 75.99 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          15,860.95

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Roderic A. Rivera   Kimberly J. Rivera**　　　　Case No. _____
　　　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **N/A**<br><br>**Don Kirchenberg**<br>**247 Lincoln Avenue**<br>**Glendale Heights, IL 60139** | | J | **12/01/2006**<br><br>**Contract Agreement** | | | | **35,000.00** |
| ACCOUNT NO.   **N/A**<br><br>**Horizon Properties**<br>**175 Braeburn Court**<br>**Glen Ellyn, IL 60137** | | J | **2009-2011**<br><br>**2009-2011 Loans Taken from Company** | | | | **60,300.00** |
| ACCOUNT NO.   **N/A**<br><br>**Luciano Martinez/Martinez Carpet Service**<br>**1115 Kinmonth Drive**<br>**Joliet, IL 60433** | | J | **06/01/2008**<br><br>**Carpet Installation** | | | | **1,500.00** |
| ACCOUNT NO.   **372131**<br><br>**M & M Orthopaedics Ltd.**<br>**c/o: Forest Recovery**<br>**PO Box 83**<br>**Barrington, IL 60010** | | J | **02/01/2010**<br><br>**Dental** | | | | **439.00** |
| ACCOUNT NO.   **004099**<br><br>**Midwest Family Medicine, Inc.**<br>**170 S. Bloomingdale Road, Ste. 200**<br>**Bloomingdale, IL 60108** | | J | **05/01/2007**<br><br>**Medical** | | | | **1,829.00** |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ＞ $　　　　　　**99,068.00**

Total ＞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roderic A. Rivera   Kimberly J. Rivera**                              Case No. _____

                                  **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **90376**<br><br>**Moore's Lawn Maintenance**<br>**c/o: American Profit Recovery**<br>**34405 W. 12 Mile Road, Suite 379**<br>**Farmington, MI 48331-5608** | | J | **11/01/2010**<br><br>**Landscaping** | | | | **285.55** |
| ACCOUNT NO.  **7111941133**<br><br>**Nicor Gas**<br>**c/o: NCO Financial Systems**<br>**PO Box 4935**<br>**Trenton, NJ 08650-4935** | | J | **01/01/2007**<br><br>**Utilities** | | | | **461.75** |
| ACCOUNT NO.  **7065485114**<br><br>**Quest Diagnostics**<br>**c/o: Credit Collection Services**<br>**PO Box 55126**<br>**Boston, MA 02205-5126** | | J | **02/01/2011**<br><br>**Medical** | | | | **467.13** |
| ACCOUNT NO.  **3685**<br><br>**Residential Plumbing**<br>**24W947 Ramm Drive**<br>**Naperville, IL 60564** | | J | **11/01/2010**<br><br>**Contractor** | | | | **640.00** |
| ACCOUNT NO.<br><br>**TCF Bank**<br>**101 E. 5th Street #101**<br>**St. Paul, MN 55101** | | J | **03/01/2000**<br><br>**Prior Secured Debt Deed-in-Lien possible deficiency** | | | | **335,007.00** |

Sheet no.  3 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $              **336,861.43**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roderic A. Rivera    Kimberly J. Rivera**                                                    Case No. _____
                                          **Debtors**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **432138** <br><br>**Village of Glen Ellyn** <br>**535 Duane Street** <br>**Glen Ellyn** | | **J** | **01/01/2011** <br>**Water Bill** | | | | **430.00** |
| ACCOUNT NO.    **6048701001461510** <br><br>**Wells Fargo** <br>**PO Box 5943** <br>**Sioux Falls, SD 57117-5943** | | **H** | **01/01/2011** <br>**Unsecured Loan** | | | | **1,025.00** |
| ACCOUNT NO.    **5016** <br><br>**Wheaton Pediatrics** <br>**55 E. Loop Road, Suite 301** <br>**Wheaton, IL 60189-1938** | | **J** | **09/01/2009** <br>**Medical** | | | | **1,461.60** |
| ACCOUNT NO.    **58868** <br><br>**Winfield Radiology Consultants** <br>**6910 S. Madison Street** <br>**Willowbrook, IL 60527-55041** | | **J** | **03/01/2010** <br>**Medical** | | | | **38.00** |

Sheet no.  _4_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ≻  $    **2,954.60**

Total  ≻  $    **503,371.33**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **Roderic A. Rivera    Kimberly J. Rivera**                          ,          Case No.  _____
                        **Debtors**                                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Roderic A. Rivera    Kimberly J. Rivera** _____.          Case No. _____
                                                                                                    **(If known)**
                                        **Debtors**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

In re **Roderic A. Rivera  Kimberly J. Rivera**          Case No. _____

_____
Debtors                                                         (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **22** |
| | **Son** | **11** |
| | **Daughter** | **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Realtor** | **Sales Agent** |
| Name of Employer | **Horizon Properties** | **Realty Executives** |
| How long employed | **4 years** | **5 months** |
| Address of Employer | **175 Braeburn Court Glen Ellyn, IL 60137** | **300 E. Roosevelt Road Wheaton, IL 60187** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **1,600.00** | $ **1,202.50** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,600.00** | $ **1,202.50** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **131.94** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **131.94** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,468.06** | $ **1,202.50** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **20,077.50** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **20,077.50** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **21,545.56** | $ **1,202.50** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **22,748.06** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

**In re**  **Roderic A. Rivera Kimberly J. Rivera**                                    **Case No.** _____

_____                                    _____
                              **Debtors**                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

<u>NONE</u>_____

_____

B6J (Official Form 6J) (12/07)

In re **Roderic A. Rivera Kimberly J. Rivera** _____ ,   Case No. _____

**Debtors**   (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,023.00 |
| a. Are real estate taxes included?  Yes ✓  No | | |
| b. Is property insurance included?  Yes  No ✓ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 570.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 220.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 116.00 |
| b. Life | $ | 42.00 |
| c. Health | $ | 470.00 |
| d. Auto | $ | 110.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Income Tax on Kimberly's Commission** | $ | 430.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 498.00 |
| b. Other  **IRS Lien** | $ | 375.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 17,234.33 |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 25,773.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 22,748.06 |
| b. Average monthly expenses from Line 18 above | $ | 25,773.33 |
| c. Monthly net income (a. minus b.) | $ | -3,025.27 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Roderic A. Rivera Kimberly J. Rivera** _____,  Case No. _____

Debtors

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 7,509.65 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 7,509.65 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 22,748.06 |
| Average Expenses (from Schedule J, Line 18) | $ 25,773.33 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 1,021.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,021.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 7,509.65 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 503,432.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 504,453.33 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Roderic A. Rivera    Kimberly J. Rivera** _____ ,    Case No. _____

Debtors

Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1.186.000.00 | | |
| B - Personal Property | YES | 3 | $ 23.534.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 1.407.965.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 7,509.65 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 503.371.33 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 22.748.06 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 25.773.33 |
| TOTAL | | 19 | $ 1,209,534.00 | $ 1,918,845.98 | |